VIJAYTA CHETTY (SBN 271778)
THE VRC LAW FIRM
525 W. Remington Drive, Suite 106
Sunnyvale, CA 94087
Telephone: (415) 294-0135
Fax: (408) 228-1930
vchetty@thevrclawfirm.com

Attorneys for Plaintiff
SHAWNA GRAVES

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT-SACRAMENTO DIVISION

| | |
|---|---|
| SHAWNA GRAVES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PAU HANA GROUP, LLC dba KJL FASTENERS, a Nevada limited liability company doing business in California,<br><br>Defendant. | **CASE NO.: 2:13-CV-01278-JAM-EFB**<br><br>**ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER RE PLAINTIFF'S MEDICAL RECORDS AND INFORMATION**<br><br>Judge: Hon. John A. Mendez<br><br>Complaint filed: June 26, 2013 |

Upon due consideration and based upon the Stipulation for Protective Order entered into by and between Plaintiff Shawna Graves ("Plaintiff") and Defendant Pau Hana Group, LLC dba KJL Fasteners ("Defendant") and filed on April 4, 2014, the Court finds and determines as follows:

1. Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 141.1, the Stipulation for Protective Order is approved in its entirety and is incorporated herein by reference. Capitalized terms used in this Protective Order shall have the same definition as provided in the Stipulation for Protective Order.

2:13-CV-01278-JAM-EFB
ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER RE PLAINTIFF'S
MEDICAL RECORDS AND INFORMATION

2. This Protective Order applies to all Confidential Information, unless the Court determines otherwise pursuant to a separate order.

3. Entry of this Protective Order by the Court entitles and authorizes a recipient of a subpoena or a discovery request that seeks Plaintiff's medical records or health information to disclose and produce such information even that information includes Confidential Information, Individually Identifiable Health Information and/or Protective Health Information. The Stipulation for Protective Order defines "Confidential Information," "Individually Identifiable Health Information," "Protected Health Information," and several other terms as follows:

(a) <u>Confidential Information:</u> Protected Health Information (regardless of how it is generated, stored, or maintained) that is designated pursuant to this Stipulation as "**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**".

(b) <u>Discovery Material</u>: all information or items, regardless of the medium or manner in which it is generated, stored, or maintained, that is produced or generated in responses to discovery in this matter.

(c) <u>Individually Identifiable Health Information:</u> Individually Identifiable Health Information has the meaning given such term in 45 C.F.R. section 160.103 and is a subset of health information, including demographic information collected from Shawna Graves, that:
   (1) is created or received by a health care provider, health plan, employer, or health care clearinghouse; and
   (2) relates to the past, present, or future physical or mental health or condition of Shawna Graves; the provision of health care to Shawna Graves; or the past, present or future payment for the provision of health care to Shawna Graves; and
      (i) that identifies Shawna Graves; or
      (ii) with respect to which there is a reasonable basis to believe the information can be used to identify Shawna Graves.

(d) <u>Protected Health Information:</u> "Protected Health Information" has the meaning given such term in 45 C.F.R. section 160.103, and means all of Shawna Graves' Individually Identifiable Health Information that is transmitted by electronic media; maintained in electronic media; or transmitted in any other form or medium. Protected Health Information excludes Individually Identifiable Health Information in: (i) education records covered by the Family Educational Rights and Privacy Act, as amended, 20 U.S.C. section 1232g; (ii) vocational education records described in 20 U.S.C. section 1282(a)(4)(B)(iv); and (iii) employment records held by a Covered Entity in its role as employer. 45 C.F.R. section 160.103.

2
2:13-CV-01278-JAM-EFB
ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER RE PLAINTIFF'S MEDICAL RECORDS AND INFORMATION

(e) <u>Producing Party:</u> a Party or Non-Party that produces Discovery Material in this action.

4.  Designation of Discovery Material in conformity with the Stipulation for Protective Order and this Order requires:

(a) that the Discovery Material contains what the Producing Party in good faith believes to contain Confidential Information; and
(b) that the Producing Party affix the legend "**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**" to each page that contains Confidential Information or, if the item is in tangible form, on the exterior of the container in which the information or item is stored. If only a portion of the page or material qualifies for protection, the Producing Party to the extent practicable shall identify the protected portion.

5.  Disclosure or production of Confidential Information, subject to the terms of this Protective Order, satisfies the Health Insurance Portability and Accountability Act of 1996, also known as "HIPAA," because the Protective Order: (a) prohibits the parties to this litigation from using or disclosing the Confidential Information for any purposes other than this litigation; and (b) requires either the return of the Confidential Information (including all copies made) to the Covered Entity upon the Final Disposition of this litigation, or alternatively the destruction of the Confidential Information upon the Final Disposition of this litigation.

Dated: April 4, 2014

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE