MARK A. JONES, SBN 96494
SCOTT H. CAVANAUGH, SBN 245261
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Telephone: 916-552-5959
Facsimile: 916-442-5959

Attorneys for Defendant Pau Hana Group, LLC dba KJL Fasteners

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA GRAVES, | Case No.: 2:13-CV-01278-JAM-EFB |
| Plaintiff, | **ORDER RE STIPULATION AND ORDER TO MODIFY THE STATUS (PRE-TRIAL) SCHEDULING ORDER** |
| v. | |
| PAU HANA GROUP, LLC dba KJL FASTENERS, a Nevada Limited Liability Corporation, | |
| Defendants. | |

Having considered Plaintiff and defendant's stipulation and finding good cause therefor,

IT IS HEREBY ORDERED that the Stipulation for an Order to Modify the Status (Pre-trial) Scheduling Order is extended to October 10, 2014. All other dates in the court's Status (Pre-trial) Scheduling Order of January 29, 2014, remain unchanged as granted.

IT IS SO ORDERED.

Dated: September 12, 2014

                                             /s/ John A. Mendez
                                             Hon. John A. Mendez
                                             Judge of the Eastern District of the United States