VIJAYTA CHETTY (SBN 271778)
THE VRC LAW FIRM
525 W. Remington Drive, Suite 106
Sunnyvale, CA 94087
Telephone: (415) 294-0135
Fax: (408) 228-1930
vchetty@thevrclawfirm.com

Attorneys for Plaintiff
SHAWNA GRAVES

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT-SACRAMENTO DIVISION

| | |
|---|---|
| SHAWNA GRAVES, an individual, | **CASE NO.: 2:13-CV-01278-JAM-EFB** |
| Plaintiff, | **JOINT NOTICE OF DISMISSAL** |
| vs. | Judge: Hon. John A. Mendez |
| PAU HANA GROUP, LLC dba KJL FASTENERS, a Nevada limited liability company doing business in California, | Complaint filed: June 26, 2013 |
| Defendant. | |

Plaintiff SHAWNA GRAVES ("Plaintiff") and Defendant PAU HANA GROUP, LLC DBA KJL FASTENERS ("Defendant"), by and through their counsel of record, hereby request that the Court dismiss the above-entitled matter, with prejudice.

Respectfully submitted,

Dated: November 12_, 2014                                    THE VRC LAW FIRM

/s/Vijayta Chetty
Vijayta Chetty
Attorney for PLAINTIFF SHAWNA GRAVES

2:13-CV-01278-JAM-EFB
NOTICE OF DISMISSAL

Dated: November _12, 2014    JONES & DYER

/s/Scott Cavanaugh

Attorney for Defendant PAU HANA GROUP DBA KJL FASTENERS

## ORDER

Pursuant to the foregoing this Court dismisses the case with prejudice.

**IT IS SO ORDERED.**

Dated: 12/10/2014    /s/ John A. Mendez

Hon. John A. Mendez

United States District Court Judge